IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          :
                                                :  Chapter 7
Donald A. and Theresa A. Baker,                 :
                                                :  Case No. 08-10077(CSS)
            Debtors.                            :
                                                :

**APPLELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES
TO BE PRESENTED PURSUANT TO BANKRUPTCY RULE 8006**

**Designation of Items to be Included in the Record**

| Designation Number | Reference Docket No. | Date filed | Document Description |
|---|---|---|---|
| 1 | 1 | 1/10/2008 | Chapter 7 Voluntary Petition and Schedules |
| 2 | 14 | 2/28/2008 | Trustee's Report of No Distribution |
| 3 | 17 | 4/7/2008 | Pro Se Reaffirmation Agreement with Attachments, Exhibits and Certification of Service |
| 4 | 20 | 4/15/2008 | Order Discharging Debtors |
| 5 | 22 | 5/7/2008 | Minutes of Hearing held on 5/7/2008 with regard to Reaffirmation Agreement and Sign in Sheet |
| 6 | 23 | 5/8/2008 | Order Denying Approval of Reaffirmation Agreement Between Debtors and Ford Motor Credit Company and Sign-In Sheet |

| | | | |
|---|---|---|---|
| 7 | 24 | 5/29/2008 | Order Approving Trustee's Report of No Distribution and Abandonment Listed Thereon and Closing Case |
| 8 | 25 | 6/9/2008 | Emergency Motion to Reopen Chapter 7 Case and for Rule to Show Cause for Willful Violation of a Court Order for Wrongful Repossession of a Motor Vehicle, Certification of Service, Proposed Form of Order and Notice |
| 9 | 26 | 6/10/2008 | Order on Motion to Reopen and for Rule to Show Cause for Willful Violation of a Court Order for Wrongful Repossession of a Motor Vehicle |
| 10 | 27 | 6/10/2008 | Minutes of Hearing held on 6/10/2008 on Motion to Reopen and Show Cause and Sign-In Sheet |
| 11 | 28 | 6/10/2008 | Opinion |
| 12 | 29 | 6/10/2008 | Order |
| 13 | 31 | 6/20/2008 | Stipulation Amending and Replacing Exhibit "A" of the Reaffirmation Agreement Between Ford Motor Credit Company and Theresa Ann Baker, Exhibit "A" and Certificate of Service |
| 14 | 33 | 6/20/2008 | Notice of Appeal filed by Ford Motor Credit Company and Certificate of Service |
| 15 | 34 | 6/23/2008 | Transcript of Hearing held on June 10, 2008 before the Honorable Christopher S. Sontchi |

**Statement of Issues to be Presented**

I. Whether the lower Court erred in concluding that debtors met their obligations under 11 U.S.C. Sections 521(a)(6) and 362(h)?

II. Whether the lower Court erred in concluding that a Reaffirmation Agreement signed by debtors and filed with the Court, but later disapproved by the Court, satisfies the requirements of 11 U.S.C. Sections 521(a)(6) and 362(h)?

III. Whether the lower Court erred in concluding that the "4th Option," upheld in In re Price, 370 F.3d 362 (3d Cir. 2004,) remains valid under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 ("BAPCPA")?

IV. Whether the lower Court erred in exercising jurisdiction over and ruling upon debtors' Emergency Motion?

V. Whether the lower Court erred in concluding that the repossession of debtors' vehicle constituted a violation of the discharge injunction?

VI. Whether the lower Court erred in concluding that Ford Motor Credit Company was in contempt of Court?

VII. Whether the lower Court erred in directing Ford Motor Company to return the vehicle to debtors and pay damages?

VIII. Whether the lower Court erred by not denying debtors' request for an award of punitive damages with prejudice rather than without prejudice?

IX. Whether the lower Court erred by not providing Ford Motor Credit Company adequate notice of the hearing on debtors' Motion and opportunity to be heard?

X. Whether the lower Court erred by concluding that the *ipso facto* clause contained in the Ford Motor Credit Company Contract was unenforceable?

Dated: 6/30/08

BY: /s/ Stephen P. Doughty
Stephen P. Doughty, Esq. (DE Bar No. 2582)
Hillary Veldhuis, Esq. (DE Bar No. 4794)
LYONS, DOUGHTY & VELDHUIS, P.A.
15 Ashley Place, Suite 2B
Wilmington, Delaware 19804