IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**  3

IN RE: Donald A. and Theresa Ann Baker

| | | |
|---|---|---|
| Ford Motor Credit Company, | ) | |
| | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  08-440 |
| v. | ) | |
| | ) | |
| Donald A. and Theresa Ann Baker, | ) | |
| | ) | |
| Appellees | ) | Bankruptcy Case No.  08-10077 |
| | | |
| | | AP 08-45 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 6/10/08 was docketed in the District Court on 7/16/08:

> Order on Motion to Reopen and for Rule to Show Cause for
> Willful Violation of a Court Order for Wrongful Repossession
> of a Motor Vehicle

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                              Peter T. Dalleo
                                              Clerk of Court

Date: 7/16/08
To:    U.S. Bankruptcy Court
           Counsel