IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Donald A. and Theresa Ann Baker | Bankruptcy Case No. 08-10077 |
| FORD MOTOR CREDIT COMPANY, : <br> : <br> Appellant, : <br> : <br> vs. : <br> : <br> DONALD A. AND THERESA ANN BAKER, : <br> : <br> Appellees. : <br> : | Civil Action No. 08-440 |

**APPELLANT'S STATEMENT PURSUANT TO LOCAL RULE 7.1.1
REGARDING JOINT MOTION TO BE EXCUSED FROM THE
MEDIATION PROCESS MANDATED BY DISTRICT COURT
STANDING ORDER DATED JULY 23, 2004**

Appellant in the above-captioned matter, Ford Motor Credit Company, by and through its undersigned counsel and pursuant to D. Del. LR 7.1.1 avers that a reasonable effort was made to reach an agreement regarding the subject matter of this Motion. William F. Jaworski, Jr., counsel for Appellees, Donald A. and Theresa Ann Baker, has advised that Appellees agree and join in the relief requested in this Motion.

Dated: August 12, 2008       BY: /s/ Stephen P. Doughty
                                  _____
                                  Stephen P. Doughty (DE Bar No. 2582)
                                  Hillary Veldhuis (DE Bar No. 4794)
                                  **LYONS, DOUGHTY & VELDHUIS P.A.**
                                  15 Ashley Place, Suite 2B
                                  Wilmington, Delaware 19804
                                  Telephone: (302) 428-1670
                                  Fascimile: (302) 655-7608
                                  Email: steved@ldvlaw.com
                                        hillaryv@ldvlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  Donald A. and Theresa Ann Baker | Bankruptcy Case No. 08-10077 |

FORD MOTOR CREDIT COMPANY,           :
                                     :   Civil Action No. 08-440
           Appellant,                :
                                     :
     vs.                             :
                                     :
DONALD A. AND THERESA ANN BAKER,     :
                                     :
           Appellees.                :
                                     :

**JOINT MOTION TO BE EXCUSED FROM THE
MEDIATION PROCEDURE REQUIRED BY DISTRICT
COURT STANDING ORDER DATED JULY 23, 2004**

  Ford Motor Credit Company ("FMCC,") Appellant in the above-captioned matter, and Donald A. and Theresa Ann Baker (the "Bakers,") Appellees, by and through their respective undersigned counsel, respectfully move for the entry of an Order granting the parties' Motion to be excused from the requirements of the Standing Order Regarding Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court dated July 23, 2004.  In support of the Motion, the parties state as follows:

**BACKGROUND**

1.  FMCC is the holder of a first priority security interest in the Bakers' motor vehicle.

2.  On January 10, 2008, a Voluntary Chapter 7 Bankruptcy Petition was filed by counsel for the Bakers.

3.  On April 7, 2008, a Reaffirmation Agreement between FMCC and the Bakers was filed.  A hearing on the Reaffirmation Agreement was held by the Court

1

   on May 7, 2008 and an Order Denying Approval of the Reaffirmation Agreement was entered on May 8, 2008.

4.  The Bankruptcy Court case was closed by Order entered on May 29, 2008.

5.  Thereafter, based on its interpretation of the relevant provisions of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 ("BAPCPA,") FMCC repossessed the Bakers' vehicle.

6.  On June 9, 2008, counsel for the Bakers filed an Emergency Motion to Reopen the Chapter 7 proceeding and for Rule to Show Cause for Willful Violation of Court Order for Wrongful Repossession of a Motor Vehicle.

7.  A hearing on the Bakers' Motion was held by the Bankruptcy Court on June 10, 2008 and an Opinion and Order were entered finding that a violation of the Bankruptcy Code had occurred and requiring FMCC to return the vehicle to the Bakers and pay damages.

8.  On June 20, 2008, FMCC commenced this appeal by filing its Notice of Appeal with the Bankruptcy Court.

9.  The parties received a letter dated July 23, 2008 from Frederick B. Rosner (a copy of which is attached hereto as Exhibit "A") advising that Mr. Rosner has been assigned as the mediator in this appeal pursuant to the Standing Order of this Court dated July 23, 2004.

10.  The undersigned counsel conferred with their respective clients and agreed that mediation would serve no useful purpose in this appeal. Counsel for FMCC spoke with Mr. Rosner who suggested that the parties file a Joint Motion seeking to be excused from Mediation.

**RELIEF REQUESTED**

11. The issues on appeal are purely legal, involving the interpretation of the recently enacted BAPCPA. There are no issues or disputes particular to FMCC and the Bakers for a mediator to resolve in this matter.

12. The ultimate interpretation of the legal issues that are the subject of the appeal (see Appellant's Statement of Issues on Appeal previously filed) greatly impact the ongoing day-to-day activities and decisions of FMCC going forward with regard to the handling of post Chapter 7 bankruptcy accounts.

13. The primary issue on appeal is whether, by signing a Reaffirmation Agreement that is later disapproved by the Court, a debtor has fulfilled his/her obligations under BAPCPA. FMCC seeks resolution of this issue to enable FMCC to establish policies and procedures with regard to treatment of accounts similar to the Bakers' account going forward. Thus, the underlying purpose for the appeal can only be achieved via a decision of the Court.

14. Mediation will only serve to consume the time and resources of the parties, the mediator and the Court without any corresponding benefit and will force the parties to incur unnecessary delay and expense.

15. Bankruptcy Rule 8019 provides this Court with authority to suspend the requirements or provisions of the Bankruptcy Rules governing appeals of Bankruptcy Court decisions "in the interest of expediting decision or for other cause." The parties submit that, since mediation cannot resolve the legal issues that are the intended focus of the appeal, the parties should not be compelled to incur the expense and delay that would result from proceeding with mediation.

WHEREFORE, the Appellant and the Appellees jointly request that this Court enter an Order: (1) excusing the parties from proceeding with mediation; (2) establishing a briefing schedule as set forth in the proposed form of Order submitted herewith; and (3) granting such further relief as may be just and proper.

BY: /s/ Stephen P. Doughty
_____
Stephen P. Doughty (DE Bar No. 2582)
Hillary Veldhuis (DE Bar No. 4794)
**LYONS, DOUGHTY & VELDHUIS P.A.**
15 Ashley Place, Suite 2B
Wilmington, Delaware 19804
Telephone: (302) 428-1670
Fascimile: (302) 655-7608
Email: steved@ldvlaw.com
       hillaryv@ldvlaw.com

COUNSEL FOR APPELLANT,
FORD MOTOR CREDIT COMPANY

BY: /s/ William F. Jaworski, Jr.
_____
Law Office of William F. Jaworski
1274 S. Governors Avenue
Dover, Delaware 19904
     Telephone: (302) 730-8511
Fascimile: (302) 730-8510
kmiller@wfjlaw.com

COUNSEL FOR APPELLEES, DONALD
AND THERESA ANN BAKER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Donald A. and Theresa Ann Baker | Bankruptcy Case No. 08-10077 |

FORD MOTOR CREDIT COMPANY,         :
                                    :
                Appellant,          :   Civil Action No. 08-440
                                    :
vs.                                 :
                                    :
DONALD A. AND THERESA ANN BAKER,   :
                                    :
                Appellees.          :
                                    :

**ORDER GRANTING MOTION TO BE EXCUSED FROM
THE MEDIATION PROCEDURE SET FORTH IN THE
STANDING ORDER OF THIS COURT DATED JULY 23, 2004
AND ESTABLISHING BRIEFING SCHEDULE**

**THIS MATTER** having come before the Court upon the parties' Joint Motion to be excused from Mediation and the Court having considered the papers submitted in connection therewith, for good cause shown and no cause to the contrary appearing;

**IT IS** hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is granted.

2. The parties to the above-captioned appeal are hereby excused from participating in Mediation as contemplated by the Standing Order of this Court dated July 23, 2004 and the above-captioned appeal shall proceed without Mediation.

3.  Appellant's initial brief shall be filed and served within 30 days of the date of this Order. Appellee's brief shall be filed and served within 30 days after service of the brief of Appellant. Any reply brief shall be filed and served within 20 days after service of the Appellee's brief.

Dated: Wilmington, Delaware
_____, 2008

_____
UNITED STATES DISTRICT COURT JUDGE