IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Donald A. and Theresa Ann Baker     Bankruptcy Case No. 08-10077

FORD MOTOR CREDIT COMPANY,     :
                                                            : Civil Action No. 08-440
        Appellant,                        :

vs.                                        :

DONALD A. AND THERESA ANN BAKER,    :

        Appellees.                        :

## CERTIFICATION OF SERVICE

The undersigned, a secretary with the law firm of Lyons, Doughty & Veldhuis, P.A., hereby certifies that on the 13th day of August, 2008, I caused the following documents to be served on the parties listed below via electronic mail and/or CM/ECF:

(1) Statement pursuant to D. Del. LR Local Rule 7.1.1;

(2) Joint Motion to be Excused from Mediation; and

(3) Proposed form of Order.

William F. Jaworski, Jr., Esq.          Frederick B. Rosner, Esq.
Law Office of William F. Jaworski      Duane Morris
1274 S. Governors Ave.                1100 North Market Street
Dover, DE 19904                       Wilmington, DE 19801-1246
kmiller@wfjlaw.com                 fbrosner@duanemorris.com

Dated: August 13th, 2008     BY: _____
                                                Michele Piazzo, Secretary to
                                                Stephen P. Doughty (DE Bar No. 2582)
                                                Hillary Veldhuis (DE Bar No. 4794)