IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Donald A. and Theresa Ann Baker | Bankruptcy Case No. 08-10077 |

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, | : |
|  | : Civil Action No. 08-440 |
| Appellant, | : |
|  | : |
| vs. | : |
|  | : |
| DONALD A. AND THERESA ANN BAKER, | : |
|  | : |
| Appellees. | : |
|  | : |

**ORDER GRANTING MOTION TO BE EXCUSED FROM
THE MEDIATION PROCEDURE SET FORTH IN THE
STANDING ORDER OF THIS COURT DATED JULY 23, 2004
AND ESTABLISHING BRIEFING SCHEDULE**

**THIS MATTER** having come before the Court upon the parties' Joint Motion to be excused from Mediation and the Court having considered the papers submitted in connection therewith, for good cause shown and no cause to the contrary appearing;

**IT IS** hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is granted.

2. The parties to the above-captioned appeal are hereby excused from participating in Mediation as contemplated by the Standing Order of this Court dated July 23, 2004 and the above-captioned appeal shall proceed without Mediation.

3.  Appellant's initial brief shall be filed and served within 30 days of the date of this Order. Appellee's brief shall be filed and served within 30 days after service of the brief of Appellant. Any reply brief shall be filed and served within 20 days after service of the Appellee's brief.

Dated: Wilmington, Delaware
       August 15, 2008

_____
UNITED STATES DISTRICT COURT JUDGE